FILED BY_____ D.C.

SEP 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-CV-61784

CARY KAUFMAN, individually
and on behalf of all others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

NOVA SKIN INC. d/b/a NOVA SKIN
PRODUCTS,

Defendant.
_____/

## NOTICE OF APPEARANCE OF ATTORNEY

Please be advised that Sashane McDonald, Esq. is now counsel of record in this case. This Notice requests the Clerk of Court reflect the name of undersigned counsel as Record Counsel on the computer, court file and all future dockets. Copies of all pleadings, motions, notices, orders, and any legal correspondence should be directed to Record Counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to **JIBRAEL S. HINDI, ESQ. and THOMAS J. PATTI, ESQ.** of The Law Offices of Jibrael S. Hindi, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, via e-filing and email at jibrael@jibraellaw.com and tom@jibraellaw.com this 11th day of September 2019.

SAGE LAW, PLLC
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, FL, 33309
T: 954-800-3969
E: sagelaw101@gmail.com

Sashane McDonald, Esq.
Florida Bar No. 127169
Attorney for Defendant